UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GOODWILL INDUSTRIES,
INTERNATIONAL, INC.
GOODWILL INDUSTRIES OF THE
COASTAL EMPIRE, INC, and
GOODWILL OF THE COASTAL
EMPIRE, INC.,

    Plaintiffs,

v.

CASE NO. CV414-150

ROBERT J. WOODWORTH, JR.

    Defendant,

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this 25 day of September, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia